JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MISAEL ROMERO,

           Plaintiff,

    v.

BHASKARA REDDY VIJAYA
MUNAGALA, et al.,

Case No. EDCV 19-1807-GW-SPx

**ORDER TO DISMISS WITHOUT PREJUDICE**

      Based upon the Notice of Dismissal [13], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

      IT IS SO ORDERED.

Dated: December 17, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE